# EXHIBIT A

# *Olivia Bou Rjeily for Translation*

**Dhour Chweir – Metn - Lebanon**
**Tel. 00961 70 927321**
**ombourjeily@gmail.com**

**Twitter - X**

**Nadine Barakat @Barakat4Nadine – 3 d**

Monty is a close friend of Paula Yaacoubian

**Attached photos**



10:40 🖼️  🔋 🔔 📶 12%

← **Nadine Barakat**
9.090 posts  🔍  ⋮

**Posts**      Replies      Media      Likes

↻ Nadine Barakat reposted



**LebanonPrivateJets** @LebanonJ... · 3d  ⋮
Replying to @Barakat4Nadine
It's an honor to be blocked by all Monty accounts... jets/pay/mobile... proves they had something to hide #DodgyMonty 🐱 layki malla photoshoot 😏



○      ↻ 3      ♡ 5      📊 2K      🔖      ⤴

**Nadine Barakat** @Barakat4Nadi... · 3d  ⋮
طلع Monty صديق بولا يعقوبيان القريب



○ 8      ↻ 6      ♡ 47      📊 8.1K      🔖

|||          ◯          ‹

**Nadine Barakat @Barakat4Nadine 3d**

Monty Jet, Mountasser Hachem + Najib Mikati + Samer Foz (Sanctions) + Carlos Ghosn + Riad Salame + Joe Issa Khoury = HA Arms &ML

Najib, there is no systematic campaign. You are the longest corrupt and you are ruining the country @Najib_Mikati

You, the bankers Riad Front and Monty.
#Lebanon @FinCENnews

**Nadine Barakat Just now**

X  Gigolo of Lebanon: the other face of Mountasser Hachem

X  the name of #Mountasser_Hachem known by MONTY appears in the heart of Beirut, as a brilliant star and facetious man at the scenes of businessman, and in the Lebanese and gulf market.

X  Five years ago, such a name was not familiar. He was an ordinary man from a family of #average_condition from #South_Lebanon. In an ambiguous way and very fast, he benefited from #huge_loans from Islamic banks related to #Iranian_Revolutionary_Guard in #the Gulf and he recorded these funds as "profits" in #dummy_corporations in #Europe and Lebanon.

X  Over time, Monty began to appear on the #social scene in #Beirut, spending lavishly in nightclubs and organizing expensive parties, which attracted attention to himself. Not only that, he bought #two_private_planes and claimed to own a telecommunications company in London called eMonty, which later turned out to be a #dummy_corporation.

**Nadine Barakat Just now**

X  #the plane was requested at the beginning then it was delivered to Dassault Aviation directly to #Mikati in 2007 – all found recordings were correct because the serial number of the plane chassis was conformed. Then, it was received by #Samer_Foz #internationally_sanctioned because he facilitates the financial activities of Hezbollah – disappeared in plane hangar in Istanbul.

X  #the plane suddenly appeared in different colors and under the name MontyJets/ MontyMobile Mountasser El Hachem (the new man has a lounge in Gefinor, black money for sure! Five years ago, he was poor in the work).

X  Such a plane is a symbol passing through telecommunication and Mikati + Monty Bay in the world news. Not out of the question. He obtained a license to establish a financial institution for the #electronic portfolio. He used to establish a Cyber bank in Beirut offering all banking services in a way different than usual. At the time that the #Central_bank allows such groups to work as they want.

X  Mountasser Hachem is not rich as he appears all his #companies are indebted of billions of dollars and Mountasser is the screen of the Iranian Guard. He is one of the businessmen relied on in #money_laundering resulting from the cash economy.

**Nadine Barakat @Barakat4Nadine 3d**

First accomplishment of Wadah Sadek:
Transformation from red line to red square
Change is good … I am happy





10:40 🖼️                          🔋 📷 📶 📶 ⚡ 12%

← **Nadine Barakat**            🔍   ⋮
   9,090 posts

**Posts**      Replies      Media      Likes

 **Nadine Barakat** @Barakat4Nadi... · 3d    ⋮
Monty Jet, Mountasser Hashem + Najib
Mikati + Samer Foz (sanctions) + Carlos
Ghosn + Riad Salame + Joe Issa Khoury =
HA arms & ML

‏ولا يا نجيب ما في حملة ممنهجة، Najib_Mikati@
‏انت اطول فاسد. وأنت خراب البلد.

‏ومونتي front الك وللبنكرجية ورياض!

#lebanon @FinCENnews

💬 3      🔁 16      ♡ 66      ᵯ 9.1K      🔖      ⤴

👤 **Nadine Barakat** @Barakat4Nadi... · 3d    ⋮
‏اؤل إنجاز لوضاح الصادق:

‏تحؤل من خط احمر لمرئو احمر😂😂

‏ـر... فرفح قلبي                          ➕

🎙️ **Waddah Sadek** – الصا وضاح... ✓ · 3d

   |||              ◯              ‹

**Nadine Barakat @Barakat4Nadine April 5**

Monty Jet, Mountasser Hachem + Najib Mikati + Samer Foz (Sanctions) + Carlos Ghosn + Riad Salame + Joe Issa Khoury = HA Arms &ML

Najib, there is no systematic campaign. You are the longest corrupt and you are ruining the country @Najib_Mikati

You, the bankers Riad Front and Monty.
#Lebanon @FinCENnews

**Nadine Barakat Just now**

X  Gigolo of Lebanon: the other face of Mountasser Hachem

X  the name of #Mountasser_Hachem known by MONTY appears in the heart of Beirut, as a brilliant star and facetious man at the scenes of businessman, and in the Lebanese and gulf market.

X  Five years ago, such a name was not familiar. He was an ordinary man from a family of #average_condition from #South_Lebanon. In an ambiguous way and very fast, he benefited from #huge_loans from Islamic banks related to #Iranian_Revolutionary_Guard in #the Gulf and he recorded these funds as "profits" in #dummy_corporations in #Europe and Lebanon.

X  Over time, Monty began to appear on the #social scene in #Beirut, spending lavishly in nightclubs and organizing expensive parties, which attracted attention to himself. Not only that, he bought #two_private_planes and claimed to own a telecommunications company in London called eMonty, which later turned out to be a #dummy_corporation.

**Nadine Barakat Just now**

X  #the plane was requested at the beginning then it was delivered to Dassault Aviation directly to #Mikati in 2007 – all found recordings were correct because the serial number of the plane chassis was conformed. Then, it was received by #Samer_Foz #internationally_sanctioned because he facilitates the financial activities of Hezbollah – disappeared in plane hangar in Istanbul.

X  #the plane suddenly appeared in different colors and under the name MontyJets/ MontyMobile Mountasser El Hachem (the new man has a lounge in Gefinor, black money for sure! Five years ago, he was poor in the work).

X  Such a plane is a symbol passing through telecommunication and Mikati + Monty Bay in the world news. Not out of the question. He obtained a license to establish a financial institution for the #electronic portfolio. He used to establish a Cyber bank in Beirut offering all banking services in a way different than usual. At the time that the #Central_bank allows such groups to work as they want.

X  Mountasser Hachem is not rich as he appears all his #companies are indebted of billions of dollars and Mountasser is the screen of the Iranian Guard. He is one of the businessmen relied on in #money_laundering resulting from the cash economy.





**Nadine Barakat** @Barakat4Nadine · Apr 5

Monty Jet, Mountasser Hashem + Najib Mikati + Samer Foz (sanctions) + Carlos Ghosn + Riad Salame + Joe Issa Khoury = HA arms & ML

ولا يا تجيب ما في حملة ممنهجة. انت اطول فاسد. وأنت خراب البلد @Najib_Mikati.

!!الك وللسكرجية ورياض front ومونتي

#lebanon @FinCENnews

**Nadine Barakat**
Just now ·

جمهولو لبنان: الوجه الآخر لمنتصر الهاشم

في قلب بيروت، يبرز اسم #منتصر_الهاشم، المعروف أيضاً بـ"مونتي"، كنجم صاعد وفق لعوب على ساحات رجال الأعمال وفي السوق اللبناني والخليجي.

لم يكن هذا الاسم مألوفاً للكثيرين حتى خمس سنوات مضت، حيث كان منتصر مجرد شاب عادي من عائلة #متوسطة_الحال في #جنوب لبنان. ولكن، بطريقة غامضة وسريعة جداً، استفاد من #قروض_كبيرة من مصارف إسلامية مرتبطة #بالحرس_الثوري_الإيراني في #الخليج، وسجل هذه الأموال على أنها "أرباح" في #شركات #وهمية يملكها في #أوروبا ولبنان.

مع مرور الوقت، بدأ "مونتي" يظهر في المشهد #الاجتماعي في #بيروت، ينفق بسخاء في الملاهي الليلية ويقيم الحفلات المكلفة، ما لفت الأنظار إليه. ولم يقتصر الأمر على ذلك، فقد قام بشراء #طائرات_خاصة وادعى أنه يملك شركة #اتصالات في لندن تدعى eMonty، والتي تبين لاحقاً أنها أيضاً شركة #وهمية.

للطيران مباشرة إلى [illegible] في عام 2007 - جميع التسجيلات التي تم العثور عليها كانت صحيحة لأن الرقم التسلسلي لهيكل الطائرة كان مطابقاً وحتى بعد ذلك ذهبت إلى #سامر_فوز #المعاقب_دولياً كونه شخص يقوم بتسهيل أعمال حزب الله المالية - اختفت لفترة في حظيرة الطائرات في اسطنبول!

ثم #ظهرت الطائرة فجأة بنظام ألوان مختلف قليلاً وتسجيل حالي تحت اسم MontyJets/MontyMobile Mountasser El Hachem (الرجل الجديد لديه صالة في جيفينور، أموال فترة بالتأكيد! وهو منذ خمس سنوات كان فقيرا عمليا!)..

لذا فإن هذه الطائرة بمثابة رمز يمر عبر أصحاب الاتصالات [illegible] ترخيصاً لإنشاء مؤسسة مالية للمحفظة #الإلكترونية والتي استخدمها لتأسيس بنك سيبري في بيروت. يقدم كافة الخدمات المصرفية بطريقة مختلفة عن المعتاد في الوقت الذي ظل فيه #البنك_المركزي يسمح لهذه المجموعات بالعمل كما تشاء.

ومع ذلك، ليس منتصر الهاشم غنياً كما يبدو للعيان؛ فجميع #شركاته مثقلة #بديون تقدر بملايين الدولارات. يبدو أن منتصر مجرد واجهة للحرس الثوري، وهو أحد رجال الأعمال الذين يعتمدون عليهم في عمليات #غسيل_الأموال المتأتية من الفساد المالي النقدي.

4 · 16 · 65 · 9.2K



**Nadine Barakat @Barakat4Nadine – 4d**

Who is #Monty?
- According to sources, he is the screen of #Money laundering.
- Owned by the owners of #banks.
- Presence of #Mikati, El Kassar and BLC.
- Rip out #the depositors through #banks and they appear in #financial companies @NowActs @FinCENnews

- The ancient Gefinor building even now includes several restaurants in the name of MONTY plus the floors and offices that contain dozens of employees of young ages who were recruited from banks and financial companies or specialized in communications.
- majority of Lebanese banks and Mr. Mountasser, noting that Najib Mikati, his brother, and their children specialize in investing in Mobile telecommunications companies in Lebanon and all countries of the world that are similar and identical to Monty's investments in this regard.
- The source ended: Are Mountasser Hachem  and his several companies the **screen for the Lebanese Banks and families Mikati and Merahbi among them Najib Mikati?**
- However, the source is not very surprised when talking about Mountasser's real partners, who are Carole and Elie Abou Assaly, owners of Abou Assaly Law Firm, and the second partner, lawyer Joseph Nahas, whose law firm is located in Pennsylvania - the United States of America, and his wife Lina.

**Nadine Barakat @Barakat4Nadine – 4d**

It is your turn Najib… a corrupted system to demolition.
Go in peace one by one.. You will see many things.
To the dustbin of history.. Please take Abbas El Halabi with you.
He sniffs the barrels ….and picks up the remains.



10:41   🔋 📶 📶 12%

← **Nadine Barakat**
  9.090 posts   🔍   ⋮

Posts      Replies      Media      Likes

💬 35      🔁 9      ♡ 92      📊 9.8K      🔖      ⟋



**Nadine Barakat** @Barakat4Nadi... · 4d   ⋮
من هو #مونتي؟

🔫 بحسب المصادر, هو واجهة #غسل_أموال

🔫 مملوك من اصحاب #مصارف

🔫 وجود #الميقاتي والقصار وblc

**سرقوا** #المودعين عبر #المصارف ورجعوا فاتولهم بشركات #مالية.

@FinCENnews @NowActs



💬 10      🔁 22      ♡ 96      📊 17.2K      🔖      ⟋

**Nadine Barakat** @Barakat4Nadi... · 4d   ⋮
اه يا نجيب اجا دورك... يلا منظومة فاسدة إلى الزوال.
الله مع دواليبكم واحد واحد.. بعد رح تشوفو كتير.

التاريخ...وخود عباس الحلبي معك أمانة.
بينفعك يشمشم البراميل... ويجبلك بقايا..

|||         ◯         ‹

**Nadine Barakat @Barakat4Nadine – 3d**

Mikati coverage of the Shiite dualistic and inquiries about money laundering such as Monty and ambiguous transactions are the bills paid by Mikati.

Mikati is judged from outside.

Neither the Saudi wants him nor the European will be able to close his eyes while Uncle Sam is waiting Almost happy endings. If they are not held accountable, the anxiety is cheerful.

**Photo:**
**He (Mikati) and Abbas act as one person**

**Oops**

**State Council keeps him in his place: "You are not the President of the Republic".**





| Posts | Replies | Media | Likes |
|-------|---------|-------|-------|



**Nadine Barakat** @Barakat4Nadi... · 3d

تغطية الميقاتي على الثنائي، مع استفهامات حول تبييض أموال منها Monty، وصفقات طالع نازل، هي الفاتورة يلي رح بسدّدها الميقاتي.

بلّش الضرب بالميقاتي من بزا

يعني لا السعودي طايقو، لا الأوروبي رح يقدر يغمض عيونو، وuncle Sam بالمرصاد 🫡

نهايات شبه سعيدة. لو ما تحاسبوا، القلق مفرح



- The supervisory source talked about the phenomenon of Montasser Hachem  or what is known MONTY. About five years ago, he occupied the Gefinor building in Hamra and the name became a financial and service brand operating in several fields in Lebanon, Dubai, the Gulf, and African countries.
- The ancient Gefinor building even now includes several restaurants in the name of MONTY plus the floors and offices that contain dozens of employees of young ages who were recruited from banks and financial companies or specialized in communications.

- The source reported that Motassem is an ambitious man who has a good and loving personality. He started his work as **owner for MONTY mobile/Cyprus from which many companies branched out, leading to MYMONTY** a company dedicated to similar banking businesses **OMT/Whish/ Bob and other financial companies that deal in cash dollars inside and outside Lebanon.**



📺 المصدر الرقابي تحدث قائلاً عن ظاهرة منتصر هاشم أو ما يعرف بموني- MONTY - الذي اكتسح منذ حوالي **الخمسة أعوام** مبنى الجفينور في منطقة الحمرا وأصبح الاسم علامة مالية تجارية خدماتية تعمل في عدة مجالات في لبنان ودبي والخليج ودول أفريقية.

📺 حتى أن مبنى الجفينور العريق أصبح يحتوي على عدة **مطاعم** بإسم MONTY اضافة الى **الطوابق** والمكاتب التي تحوي عشرات من الموظفين والموظفات من أعمار صغيرة تم استقطابهم لمجموعة موني من مصارف وشركات مالية أو متخصصة بالإتصالات.

📺 ويضيف المصدر أن معتصم هو رجل طموح صاحب شخصية طيبة ومحبة. بدأ عمله مالكاً لشركة MONTY mobile /Cyprus والتي منها تفرع شركات عديدة وصولاً ألى MYMONTY المخصصة للأعمال المصرفية الشبيهة OMT/Whish/Bob financeوغيرها من الشركات المالية التي تتعامل بالدولار النقدي داخل وخارج لبنان.

- The source is not surprised by the possibility of financial relations between Maher Merahbi, a businessman in the Gulf countries, and Maher Mikati, Chairman of the Board of Directors of Areeba, which specializes in financial technology and bank payment cards, and whose clients are the majority of Lebanese banks and Mr. Mountasser, noting that Najib Mikati, his brother, and their children specialize in investing in Mobile telecommunications companies in Lebanon and all countries of the world that are similar and identical to Monty's investments in this regard.

- The source ended: Are Mountasser Hachem and his several companies the **screen for the Lebanese Banks and families Mikati and Merahbi among them Najib Mikati?**
  http://whatsapp.com/channel/0029VaMhSJEFeXsaKeitCo2

🔲 ولا يستغرب المصدر امكان وجود علاقات مالية
بين ماهر المرعبي رجل الأعمال في دول الخليج
وماهر ميقاتي رئيس مجلس أدارة شركة أريبا
المتخصصة بالتكنولوجيا المالية وبطاقات الدفع
المصرفية والتي زبائنها أغلبية المصارف اللبنانية مع
السيد منتصر، علماً أن نجيب ميقاتي وشقيقه
وأولادهم مختصين بالإستثمار بشركات الاتصالات
Mobile في لبنان وجميع دول العالم المشابهة
والمطابقة لاستثمارات مونتي بهذا الخصوص.

🔲 يختم المصدر بالقول: هل منتصر هاشم وشركاته
المتعددة هي واجهة للمصارف اللبنانية وعائلة
الميقاتي والمرعبي ومن ضمنهم نجيب ميقاتي
لتمرير أموالهم ومشاريعهم المشبوهة؟

https://whatsapp.com/channel/
0029VaMAhSJEFeXsaKeitC02

7:39 AM ✓

- The source reported that MONTY is an adventurous man who buys and invests in big projects before ending the feasibility study of the project by his advisors most of whom are his personal friends who live off his generosity and are present daily at the Gefinor Building.

- However, the source is not very surprised when talking about Mountasser's real partners, who are Carole and Elie Abou Assaly, owners of Abou Assaly Law Firm, and the second partner, lawyer Joseph Nahas, whose law firm is located in Pennsylvania - the United States of America, and his wife Lina.

- The source is not surprised by the hidden partnership between MONTY Group, Fransabank, BLC and family El Kassar and the most important is his financial and monetary relationship with Mikati Group and Merahbi Group, owners of the Gefinor Building.



🔲 يقول المصدر أن MONTY هو رجل مغامر يشتري ويدخل مستثمراً بمشاريع كبيرة حتى قبل الانتهاء من دراسة جدوى المشروع من مستشاريه الذين أغلبهم من أصدقاءه الشخصيين الذين يعتاشون على كرمه ويتواجدون يومياً في مبنى الجفينور.

🔲 إلا ان المصدر لا يتفاجأ كثيراً عند التحدث عن شركاء منتصر الحقيقين  الذين هم كارول وأبلى أبو عسلي مالكي مكتب أبو عسلي للمحاماة والشريك الثاني المحامي جوزف نحاس المتواجد مكتب محاماته في بنسلفانيا-الولايات المتحدة الأمريكية وزوجته لينا.

🔲 ولا يستغرب المصدر من الشراكة المستترة بين مجموعة MONTY فرنسبنك، BLC , وعائلة القصار والأهم علاقته المالية والنقدية مع مجموعة الميقاتي والمرعبي مالكي مبنى الجفينور.

**Nadine Barakat @Barakat4Nadine – 4 d**

Monty is a close friend of Paula Yaacoubian

**Attached photos**

**39 likes**
**Nadinesbarakat #Mountasser_Hachem planes of Monty 3 in one hangar**

- Ownership of Mikati

- Partnership Samer Foz (Sanctions)

- Rental company without rent

- Yacht of Mikati in NICE



 nadinesbarakat 4d  ...

 **Nadine Barakat**
@Barakat4Nadine  ...

طلع Monty صديق بولا يعقوبيان القريب

Translate post




1:03 PM · 4/5/24 from Earth

♡ ◯ ▽    🔖

**39 likes**
منتصر_هاشم# Monty طائرات الـ 🖋 nadinesbarakat
٣ في هانغار واحد

🖋 ملك الميقاتي

🖋 شراكة سامر فوز (عقوبات)

🖋 شركة ايجار دون ايجار

🖋 بخته الميقاتي في NICE

#Mikati and #Money laundering through Monty Company?

**Reported**

- The supervisory source talked about the phenomenon of Montasser Hachem  or what is known MONTY. About five years ago, he occupied the Gefinor building in Hamra and the name became a financial and service brand operating in several fields in Lebanon, Dubai, the Gulf, and African countries.
- The ancient Gefinor building even now includes several restaurants in the name of MONTY plus the floors and offices that contain dozens of employees of young ages who were recruited from banks and financial companies or specialized in communications.

---

I, the undersigned Olivia BOU RJEILY, Certified Public Translator, registered at the Syndicate of Sworn Translators under no. 165, am proficient in the Arabic and English language and certify that the above is an accurate translation of the attached tweets to the best of my ability and knowledge dated 16.04.2024

#الميقاتي وتبييض #الأموال عبر شركة مونتي... ؟

منقول:

📍 المصدر الرقابي تحدث قائلاً عن ظاهرة منتصر هاشم أو ما يعرف بمونتي- MONTY – الذي اكتسح منذ حوالي الخمسة أعوام مبنى الجفينور في منطقة الحمرا وأصبح الاسم علامة مالية تجارية خدماتية تعمل في عدة مجالات في لبنان ودبي والخليج ودول أفريقية.

📟 حتى أن مبنى الجفينور العريق أصبح يحتوي على عدة مطاعم بإسم MONTY اضافة الى الطوابق والمكاتب التي تحوي عشرات من الموظفين والموظفات من أعمار صغيرة تم استقطابهم لمجموعة مونتي من مصارف وشركات مالية أو متخصصة بالإتصالات.