FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Mountasser Hachem )  Civil Action No. 1:24-cv-01219-MSN-LRV
(Plaintiff) )
v. )
Nadine Aboushakra/Barakat ) NOTICE OF WAIVER
(Defendant) ) OF ORAL ARGUMENT

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 7, __Nadine Aboushakra__, who is the __Defendant__, hereby waives oral argument and submits the case on the record and the briefs.

(Party or Attorney Signature)
NADINE ABOUSHAKRA
(Name Printed)

3961 Highland Oaks Dr.
(Address)

Fairfax VA 22033
(Address)

(Address)
202-3750826
(Telephone Number)